```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 06242
  JERRY TAYLOR
  ANGELA GOODE-TAYLOR                         CHAPTER 13

                                              JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-5477    SSN XXX-XX-8436
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/06/07 and confirmed on 09/27/07.

2. The case was converted to Chapter 7 after confirmation, 08/28/2008.

3. The Debtor paid a total of $ 11000.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| CITIFINANCIAL AUTO | SECURED VEHIC | 13601.95 | 462.07 | 3506.33 |
| TOWNES AT WHISPERING OAK | SECURED | .00 | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | 17800.39 | 873.37 | 3826.76 |
| JEFFERSON CAPITAL SYSTEM | FILED LATE | .00 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | FILED LATE | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10013.99 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 498.63 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 679.77 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6367.29 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 961.48 | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7961.32 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11557.58 | .00 | .00 |
| NATIONWIDE CREDIT & COLL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| SEARS | UNSECURED | NOT FILED | .00 | .00 |
| SHELL | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 4987.90 | .00 | .00 |
| VEST ENTERPRISES | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | .00 | .00 | .00 |

```
JEFFERSON CAPITAL SYSTEM   FILED LATE            .00            .00         .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          721.46            .00         .00
FIA CARD SERVICES          UNSECURED          246.62            .00         .00
ILLINOIS DEPT REVENUE      PRIORITY          2954.40            .00     1856.26
ILLINOIS DEPT REVENUE      UNSECURED          568.92            .00         .00
     Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER       TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  31402.34     2954.40     44564.96         .00    78921.70
PRINCIPAL PAID       7333.09     1856.26          .00         .00     9189.35
INTEREST PAID        1335.44          .00         .00         .00     1335.44
TOTAL PAID           8668.53     1856.26          .00         .00    10524.79
```

The Debtor's attorney, DEVONA & ASSOC           , was allowed $       .00
and was paid $       .00 .

The Trustee received $    475.21 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 12/17/08                /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE